ALLISON STANHOPE
Assistant Attorney General
Criminal Justice Division
P.O. Box 40116
Olympia, WA 98504-0116
(360) 586-1445

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VINCENT BRYANT,<br><br>            Plaintiff,<br><br>v.<br><br>STATE OF WA, AIRWAY HEIGHTS C.,<br><br>            Defendants. | NO. CV-05-296-LRS<br><br>[PROPOSED] ORDER ON STIPULATED MOTION FOR DISMISSAL |

THIS MATTER having come before this Court on the stipulation of the parties, and it appearing to the Court that all matters in controversy herein between the Plaintiff, VINCENT BRYANT, and all Defendants have been fully settled and compromised, and the Court having been advised in the premises, now, therefore,

///

///

///

[PROPOSED] ORDER ON STIPULATED MOTION FOR DISMISSAL
NO. CV-05-296-LRS

1

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1   IT IS HEREBY ORDERED, that Plaintiff VINCENT BRYANT's claims
2   against all Defendants, in the above-referenced cause of action, are hereby
3   dismissed with prejudice as agreed by the parties in the Release and Settlement
4   Agreement.
5   DONE this 12th day of April, 2006.

    s/Lonny R. Suko
    _____
    LONNY R. SUKO
    U.S. DISTRICT COURT JUDGE

Presented By:

*Allison Stanhope*                                              4-11-06
_____                                 _____
ALLISON STANHOPE, WSBA #30486                                   DATE
Assistant Attorney General

Approved as to form
Notice of Presentment Waived:

*Vincent Bryant*                                                3/25/06
_____                                 _____
VINCENT BRYANT                                                  DATE
Plaintiff Pro Se